UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:13-CV-21-F

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., )<br>         Plaintiff, )<br>)<br>v. )<br>)<br>MONICA LYNN VON VOIGT, )<br>Individually, and as an officer, director, )<br>shareholder, and/or principal of )<br>GOODING INVESTMENT GROUP, LLC )<br>d/b/a KINGS CUP, )<br>)<br>    and )<br>)<br>BRANDON W. GOODING, Individually, )<br>and as an officer, director, shareholder, )<br>and/or principal of GOODING )<br>INVESTMENT GROUP, LLC d/b/a )<br>KINGS CUP, )<br>)<br>    and )<br>)<br>GOODING INVESTMENT GROUP, )<br>LLC d/b/a KINGS CUP, )<br>         Defendants. ) | <u>ORDER</u> |

On October 7, 2013, the court entered a "Notice to Plaintiff of Failure to Make Service within 120 days" in this case and directed the Plaintiff to show cause why service was not obtained. Notice [DE-9]. The court's notice specifically advised the Plaintiff that "Rule 4(m) of the Federal Rules of Civil Procedure provides that the action shall be dismissed without prejudice as to these defendants unless you can demonstrate good cause to the court why such service was not made within the prescribed time period." *Id.* The show cause response was due

within fourteen days of receipt of the notice. *Id.* To date, no response has been received from the Plaintiff. Accordingly, this action is DISMISSED without prejudice. *See* Fed. R. Civ. P. 4(m). The Clerk of Court is DIRECTED to close this case.

SO ORDERED.

This the 21ˢᵗ day of August, 2014.

                                                                   *James C. Fox*
                                                                  JAMES C. FOX
                                                                  Senior United States District Judge