| | |
|---|---|
| JOE HAND PROMOTIONS, INC, )<br>                     Plaintiff, )<br>                            )<br>v.                            )<br>                            )<br>MONICA LYNN VON VOIGT, )<br>Individually, and as an officer, director, )<br>shareholder, and/or principal of GOODING )<br>INVESTMENT GROUP, LLC d/b/a )<br>KINGS CUP, BRANDON W. GOODING, )<br>Individually, and as an officer, director, )<br>shareholder, and/or principal of GOODING )<br>INVESTMENT GROUP, LLC d/b/a )<br>KINGS CUP, and GOODING )<br>INVESTMENT GROUP, LLC d/b/a )<br>KINGS CUP, )<br>                     Defendants. ) | **JUDGMENT**<br>No. 4:13-CV-21-F |

**Decision by Court.**

This action came before the Honorable James C. Fox, Senior United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that this action is DISMISSED without prejudice. *See* Fed. R. Civ. P.4(m). The Clerk of Court is DIRECTED to close this case.

**This Judgment Filed and Entered on August 21, 2014, and Copies To:**

Christopher D. Lane (CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| DATE | JULIE A. RICHARDS, CLERK |
| August 21, 2014 | /s/ Jacqueline B. Grady |
| | (By) Jacqueline B. Grady, Deputy Clerk |